UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SURENDERPAL SINGH WALIA; PARMINDER WALIA; SHAMMI KUMAR; NAVIN KUMAR; and Does 1-10<br><br>　　　　Defendants. | Case No.  5:19-cv-04705-EJD<br><br>**ORDER TO SHOW CAUSE; DIRECTING PLAINTIFF TO SERVE COPY OF THIS ORDER ON DEFENDANTS** |

In August of 2019, Plaintiff Samuel Love initiated this suit for violations of the ADA and Unruh Act against Defendants Surenderpal Singh Walia; Parminder Walia; Shammi Kummar; and Navin Kumar. (collectively "Defendants").  Dkt. No. 1.  In September of 2019, Defendants answered through their purported attorney, Michael Welch & Associates.  Dkt. No. 11.[1]  Over six months later, Plaintiff filed a motion to strike the answer on the ground that Mr. Welch has been unresponsive to multiple requests to schedule a settlement meeting and has failed to serve initial disclosures.  Dkt. No. 29.  The motion is scheduled for hearing on November 11, 2020.

The deadline to respond to the motion to strike the answer has now passed and the court docket indicates that Defendants Shammi Kummar and Navin Kummar have not filed any response to the motion.  Accordingly, the Court issues this Order to Show Cause why the answer

---

[1] Defendants Surenderpal Singh Walia and Parminder Walia filed a separate answer as pro se defendants in September 2019.  *See* Dkt. No. 17.  Defendants Surenderpal Singh Walia and Parminder Walia also contend that they have never entered into any attorney-client agreement with Mr. Welch.  *See* Declaration of Pro Se Defendant Surenderpal Singh Walia in Response to Plaintiff's Motion to Strike, Dkt. No. 30 at ¶ 8.

Case No.: 5:19-cv-04705-EJD
ORDER TO SHOW CAUSE; DIRECTING PLAINTIFF TO SERVE COPY OF THIS ORDER ON DEFENDANTS

1

should not be stricken.  No later than October 30, 2020, Defendants shall file and serve a written response to this Order to Show Cause.  If Defendants Shammi Kumar and Navin Kumar fail to file and serve a response by October 30, 2020, the Court will strike the answer, which may lead Plaintiff to seek entry of default judgment against Defendants Shammi Kumar and Navin Kumar for significant sums of money.

To ensure Defendants receive notice of this Order to Show Cause, Plaintiff is directed to serve this Order immediately on Defendants' counsel, as well as on Defendants via U.S. mail at the addresses indicated on the Proofs of Service of Summons entered as Docket Nos. 14 and 15.

**IT IS SO ORDERED.**

Dated:  October 9, 2020

_____
EDWARD J. DAVILA
United States District Judge