UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SURENDERPAL SINGH WALIA, et al.,<br><br>　　　　Defendants. | Case No.  19-cv-04705-EJD  (RMI)<br><br>**ORDER TO SHOW CAUSE** |

On November 4, 2021, this matter came on for a settlement conference between Plaintiff and *pro se* Defendants Surenderpal Singh Walia and Parminder Walia. The matter was set following a scheduling conference on October 5, 2021, which Defendants failed to attend, *see* Minute Entry (dkt. 72), and the minutes of which were mailed to Defendants' address, *see* id. Defendants Surenderpal Singh Walia and Parminder Walia failed to attend the settlement conference, in contravention of the court's order.

Accordingly, it is hereby ORDERED that Defendants Surenderpal Singh Walia and Parminder Walia are to appear before the undersigned on November 15, 2021, at 10:30 a.m. at the United States District Court, 3140 Boeing Avenue, McKinleyville, CA 95519, to show cause why they should not be sanctioned for failing to abide by the orders of the court. Alternatively, appearances may be made by telephone by dialing 888-684-8852; Access Code: 1868782.

//

//

//

//

1  Defendants are hereby warned that failure to appear at the show cause hearing may result
2  in significant sanctions.
3  **IT IS SO ORDERED.**
4  Dated: November 4, 2021

_____
ROBERT M. ILLMAN
United States Magistrate Judge